

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Erick Calloway,

Vs. No. 11-19-00009-CR

The State of Texas,

\* From the 106th District Court
of Dawson County
Trial Court No. 13-7275.

\* July 18, 2019

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.